UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERALD VAN HOORELBEKE,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF PRISONS, ASHLEY DARNELL,<br><br>Defendants. | Case No. 2:14-cv-00488-APG-NJK<br><br>**ORDER GRANTING SUMMARY JUDGMENT TO BUREAU OF PRISONS** |

In my June 9, 2015 order, I ruled that plaintiff Gerald Van Hoorelbeke has failed to identify a protected liberty interest and that he has already received the relief he requested from the Bureau of Prisons. (Dkt. #37.) I gave Van Hoorelbeke 30 days to explain why summary judgment should not be entered in favor of the Bureau of Prisons. He was warned that if he fails to file that brief, summary judgment will be entered in favor of the Bureau of Prisons. Van Hoorelbeke has not filed a brief addressing the issue set forth in my Order. Therefore, summary judgment is hereby entered in favor of the Bureau of Prisons. **The Clerk is directed to enter judgment in favor of the Bureau of Prisons.**

DATED this 17th day of July, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE